FILED
SUPREME COURT
STATE OF WASHINGTON
MAY 5, 2022
BY ERIN L. LENNON
CLERK

# THE SUPREME COURT OF WASHINGTON

| | |
|---|---|
| IN THE MATTER OF THE ) | SUSPENSION ORDER |
| ) | |
| ADMINISTRATIVE SUSPENSION OF ) | SUPREME COURT |
| ) | NO. 202,064-0 |
| ATTORNEYS FOR FAILURE TO COMPLY ) | |
| ) | |
| WITH 2022 LICENSING REQUIREMENTS ) | |

  Pursuant to the Rules for Enforcement of Lawyer Conduct (ELC), specifically ELC 15.5(b), and Admission and Practice Rules (APR) 11, 17 and 26, and the Bylaws of the Washington State Bar Association (WSBA), the WSBA Executive Director filed a recommendation that the 197 lawyers named therein be suspended from the practice of law for failure to comply with one or more of the 2022 licensing requirements: payment of licensing fees and assessments (APR 17(a)(2)(A), WSBA Bylaws Art. III, Sec. 1.3); failure to file a trust account declaration (ELC 15.5(b), APR 17(a)(2)(E)); and, failure to file a professional liability insurance disclosure form (APR 26(c), APR 17(a)(2)(D)).

  The Executive Director's recommendation states that the WSBA delivered 60 days written notice to each of the named lawyers at their last known address of record by certified mail on March 4, 2022. The Executive Director's cover letter for the recommendation also indicates that in November 2021, the Bar mailed to all lawyers who had not signed up for "paperless renewal" a license renewal packet and emailed a renewal notice to all lawyers with an email address. On January 24, 2022, the Bar mailed a reminder letter to lawyers without an email address and emailed a reminder notice to all lawyers with an email address. On February 22, 2022, the Bar emailed a notice to all lawyers not in compliance. On March 4, 2022, the Bar sent by certified mail a Presuspension Notice to all lawyers not in compliance. On April 26, 2022, the Bar delivered a final reminder email to all remaining delinquent lawyers. The recommendation

Page 2
ORDER
No. 202,064-0

also certifies that the list of lawyers named therein is correct based upon the records of the WSBA.

The Court is satisfied that the following named lawyers have not complied with the 2022 licensing requirements and that they were given the required pre-suspension notice by certified mail.

IT IS ORDERED:

The following named lawyers are administratively suspended from the practice of law in the State of Washington for failure to comply with the 2022 licensing requirements as specified below:

| License # | Name | Reason(s) | | | |
|---|---|---|---|---|---|
| 2010 | Gary Raymond Eliasen | Licensing Fees | | | |
| 3296 | Lee R. Voorhees Jr | Licensing Fees | | | |
| 5063 | Gary Albert Burns | Licensing Fees | | | |
| 5358 | Ralph Raymond Smith | Licensing Fees | Insurance | Trust Account | |
| 5474 | John P. Nollette | Licensing Fees | Insurance | Trust Account | |
| 6506 | Harvey S. Grad | | | | MCLE |
| 6707 | Ralph W. Anderson | Licensing Fees | Insurance | Trust Account | MCLE |
| 7065 | Kascha Elizabeth Krug | Licensing Fees | | | |
| 7421 | Michael Walter Bocianowski | Licensing Fees | | | |
| 7891 | Chris A Sternagel | Licensing Fees | Insurance | Trust Account | MCLE |
| 8078 | David William Arnesen | Licensing Fees | Insurance | Trust Account | MCLE |
| 8170 | Thomas S. Olmstead | Licensing Fees | Insurance | Trust Account | MCLE |

| License # | Name | Reason(s) | | | |
|---|---|---|---|---|---|
| 8271 | Antoni Henry Froehling | | Insurance | Trust Account | MCLE |
| 8839 | John Roston Alexander | | | | MCLE |
| 9119 | Anthony Edward Grabicki | Licensing Fees | | | |
| 9368 | Gregory Joseph Parker | Licensing Fees | | | |
| 10515 | Larry Bruce Wenger | Licensing Fees | | | |
| 10685 | Christopher E. Mathews | Licensing Fees | Insurance | Trust Account | MCLE |
| 10762 | Linda Beryl Lee | Licensing Fees | | | MCLE |
| 11231 | John Frederick Vomacka | Licensing Fees | | | |
| 11556 | Robert Arthur Weppner III | | | | MCLE |
| 12195 | Katherine Ann Janeway | Licensing Fees | | | |
| 12264 | Charles W. Davis | Licensing Fees | Insurance | Trust Account | |
| 12434 | Jessie Louise Valentine | Licensing Fees | | | |
| 12711 | Michael Howard Korpi | Licensing Fees | Insurance | Trust Account | MCLE |
| 13122 | Anne Elizabeth Fulton | Licensing Fees | | | |
| 13218 | Michael Joseph Underwood | | | | MCLE |
| 13257 | Mark Craig Mostul | Licensing Fees | Insurance | Trust Account | MCLE |
| 13275 | Diana Lee Craine | Licensing Fees | | | |
| 13431 | Perry Charles Bloch | Licensing Fees | | | |
| 14504 | Robert E. Repp | Licensing Fees | Insurance | | MCLE |

| License # | Name | Reason(s) | | | |
|---|---|---|---|---|---|
| 14636 | Charles Paul Schuerman | Licensing Fees | Insurance | Trust Account | MCLE |
| 15529 | Brian Thomas Butler | | | | MCLE |
| 15942 | Pamela Rae Studeman | | | | MCLE |
| 16043 | James Joseph Rosenberger | Licensing Fees | | | MCLE |
| 16330 | Scott Douglas Jackson | Licensing Fees | Insurance | Trust Account | MCLE |
| 16879 | James R. Wagemann | Licensing Fees | | | |
| 16945 | Moni Trenise Law | | | | MCLE |
| 17024 | Mark Ewell Ellis | | | | MCLE |
| 17137 | Hazel May Edwards | Licensing Fees | Insurance | Trust Account | MCLE |
| 17740 | Craig Stilwill | | | | MCLE |
| 17901 | Philip Scott Griffin | Licensing Fees | | | |
| 18031 | George B. Fox | Licensing Fees | | | |
| 18237 | Mark Ray German | Licensing Fees | Insurance | Trust Account | MCLE |
| 18269 | Christopher John Dickinson | Licensing Fees | Insurance | Trust Account | MCLE |
| 18518 | Mark Joseph Friedman | Licensing Fees | | | |
| 19071 | William Guyton Simmons | | | | MCLE |
| 19971 | Roger Ashley Leishman | Licensing Fees | Insurance | Trust Account | |
| 20039 | R. Denise Rodriguez | Licensing Fees | Insurance | Trust Account | MCLE |
| 20129 | F. James Mayhew | Licensing Fees | Insurance | Trust Account | MCLE |

Page 5
ORDER
No. 202,064-0

| License # | Name | Reason(s) | | | |
|---|---|---|---|---|---|
| 20503 | Howard Bennett Hellen | Licensing Fees | | | |
| 20512 | Susan J Kerr | Licensing Fees | | | |
| 21909 | Carol Sureau | Licensing Fees | | | |
| 22247 | Debra Eby Ricci | Licensing Fees | | | |
| 22677 | John A. Bole | Licensing Fees | Insurance | Trust Account | MCLE |
| 23179 | Kurt Michael Maschoff | Licensing Fees | | | |
| 23665 | Ron J Webb | Licensing Fees | | | |
| 23676 | David D. Hilton | Licensing Fees | | | |
| 23861 | Ann Marie McKittrick | Licensing Fees | | | |
| 24339 | Amy Sara Lepard | Licensing Fees | | | |
| 25383 | Jennifer Ann Etkin | | | | MCLE |
| 25501 | Andrew H. Sargent | Licensing Fees | Insurance | Trust Account | MCLE |
| 25709 | Ursula J. Barboza | Licensing Fees | | | |
| 26289 | Jennifer Mae Stevenson | Licensing Fees | | | |
| 27386 | T Chad Plaster | Licensing Fees | | | |
| 27478 | Hilary S Franz | Licensing Fees | | | |
| 27993 | Matthew W Butler | Licensing Fees | Insurance | Trust Account | MCLE |
| 28150 | Robert K Carrol | | | | MCLE |
| 28294 | Kelly Malone | Licensing Fees | Insurance | Trust Account | MCLE |

| License # | Name | Reason(s) | | | |
|---|---|---|---|---|---|
| 29154 | Glenn E Von Tersch | | Insurance | | MCLE |
| 29203 | Frederick Beau Gould | Licensing Fees | Insurance | Trust Account | MCLE |
| 29819 | Rodney Gerald Zerr | Licensing Fees | | | |
| 30166 | Theodore Wayne Vosk | Licensing Fees | | | |
| 30866 | Evy F McElmeel | Licensing Fees | Insurance | Trust Account | |
| 31148 | Bernice Cecelia Delorme | | | | MCLE |
| 31201 | Matthew Aaron Carvalho | | | | MCLE |
| 31445 | Jeffrey N Rupert | Licensing Fees | Insurance | Trust Account | MCLE |
| 31751 | Shawn C. Olson Brown | Licensing Fees | | | |
| 31818 | Christopher J Kerkering | | | | MCLE |
| 32313 | Sooaa Son | Licensing Fees | | | MCLE |
| 32584 | Tyree Paul Zander | Licensing Fees | | | |
| 33056 | David A Lingenbrink | Licensing Fees | | | |
| 33217 | David E Dokken | Licensing Fees | Insurance | Trust Account | MCLE |
| 33245 | Mary Katherine Banahan | | | | MCLE |
| 33609 | Ray Garland Deonier | Licensing Fees | Insurance | Trust Account | |
| 33691 | Christine Marie Corneille | Licensing Fees | | | |
| 33861 | Gary G Norris | Licensing Fees | Insurance | Trust Account | |
| 34058 | Jessica Marden | Licensing Fees | Insurance | Trust Account | |
| 34587 | Maria Fernanda Torres | Licensing Fees | | | |

Page 7
ORDER
No. 202,064-0

| License # | Name | Reason(s) | | | |
|---|---|---|---|---|---|
| 35186 | Sarah Baker Ferguson | Licensing Fees | | | |
| 35216 | John S Rhee | Licensing Fees | | | |
| 35361 | Marcella Hilary Brooker | Licensing Fees | Insurance | Trust Account | |
| 35672 | Laura J Black | Licensing Fees | Insurance | Trust Account | MCLE |
| 35711 | Peter James Lynch | Licensing Fees | | | |
| 37219 | Steven Wayne Pite | Licensing Fees | | | |
| 37450 | Cecelia E Tanzer | Licensing Fees | | | |
| 38485 | Patrick F Mahoney | Licensing Fees | Insurance | Trust Account | |
| 38612 | Karen Knauerhase | Licensing Fees | Insurance | Trust Account | MCLE |
| 38714 | Olufemi A. Harrison | | | | MCLE |
| 38783 | Elizabeth C Wallace | Licensing Fees | Insurance | Trust Account | MCLE |
| 38801 | Amy Freeman | | | | MCLE |
| 38930 | Lisa M Larrick | Licensing Fees | Insurance | Trust Account | MCLE |
| 38937 | John R Reese | Licensing Fees | | | |
| 38983 | Eric M. Ringer | Licensing Fees | Insurance | Trust Account | MCLE |
| 39018 | Matthew Rice | | | | MCLE |
| 39793 | Leonard W Juhnke | Licensing Fees | Insurance | Trust Account | MCLE |
| 39921 | E Lee Schlender | Licensing Fees | | | |
| 39979 | Tymon Berger | Licensing Fees | | | |

Page 8
ORDER
No. 202,064-0

| License # | Name | Reason(s) | | | |
|---|---|---|---|---|---|
| 40330 | Logan E Johnson | | | | MCLE |
| 40669 | Joseph Charlton McCarthy | Licensing Fees | Insurance | Trust Account | MCLE |
| 40789 | Iain Michael Dick | Licensing Fees | | | |
| 41057 | Ryan M Carson | | | | MCLE |
| 41348 | Aaron J Nielson | Licensing Fees | | | |
| 41595 | Ilana S Rubel | Licensing Fees | | | |
| 42203 | Sandra Beck Dombro | Licensing Fees | | | |
| 42242 | Maria Liesl Ruckwardt | Licensing Fees | | | |
| 42301 | Jonathan H. Zimmerman | Licensing Fees | | | |
| 42305 | Nichole Ruth Lovrich | Licensing Fees | Insurance | Trust Account | MCLE |
| 42607 | Jenna Frances Foote Henderson | Licensing Fees | Insurance | Trust Account | MCLE |
| 42619 | Jose Carmelo Masso IV | Licensing Fees | | | |
| 42681 | Karen Raelene Griffith | Licensing Fees | Insurance | Trust Account | MCLE |
| 42755 | Mathew Higbee | | | | MCLE |
| 43321 | Ivan Michael Stoner | Licensing Fees | Insurance | Trust Account | MCLE |
| 43536 | Arusi Robert Loprinzi | Licensing Fees | Insurance | Trust Account | MCLE |
| 43545 | Philip Jang | Licensing Fees | | | |
| 43561 | Paul Randall Bays | Licensing Fees | | | |
| 43716 | Robert David Benjamin Edwards | Licensing Fees | | | MCLE |

| License # | Name | Reason(s) | | | |
|---|---|---|---|---|---|
| 43915 | David J Huffaker | Licensing Fees | | | MCLE |
| 44134 | Patrick James Loney | Licensing Fees | | | MCLE |
| 44250 | Arthur Alexandrovich Shwab | Licensing Fees | | | |
| 44389 | Kathrine Price | Licensing Fees | | | MCLE |
| 44598 | Bess Masterson McKinney | Licensing Fees | | | |
| 45006 | Sarah Lockhart | Licensing Fees | | | |
| 45078 | Christopher Malcolm Durek | Licensing Fees | | | |
| 45136 | Nathaniel L Funk | Licensing Fees | | | |
| 45175 | Ameet Singh Birring | Licensing Fees | | | |
| 45368 | Michael Raymond Withy | Licensing Fees | Insurance | Trust Account | |
| 45399 | Fredrick Austin Stein | Licensing Fees | | | |
| 45493 | Matthew David Viers | Licensing Fees | Insurance | Trust Account | |
| 45662 | Andrea Christine Tutmarc | Licensing Fees | Insurance | Trust Account | |
| 45675 | Mark E Wilkerson | Licensing Fees | Insurance | Trust Account | |
| 45801 | Maggie Lindstrom | Licensing Fees | | | |
| 45998 | Kevin Lee Johnson | Licensing Fees | Insurance | Trust Account | MCLE |
| 46259 | David Anthony Abadir | Licensing Fees | | | |
| 46386 | Nicholas Smith | Licensing Fees | Insurance | Trust Account | MCLE |
| 46836 | Kathryn Teresa Comboy | | | | MCLE |

Page 10
ORDER
No. 202,064-0

| License # | Name | Reason(s) | | | |
|---|---|---|---|---|---|
| 47162 | Jordan Lynn Fahle | Licensing Fees | Insurance | Trust Account | MCLE |
| 47437 | James Wilkie Dunham Jr | Licensing Fees | Insurance | Trust Account | MCLE |
| 47480 | Jason David Krueger | Licensing Fees | | | |
| 47609 | Bernice Johnson Blessing | Licensing Fees | Insurance | Trust Account | MCLE |
| 47640 | Stephanie Hiebert | | | | MCLE |
| 47744 | Chase Aaron Meister | | | | MCLE |
| 48438 | Ursula Albertina Kienbaum | Licensing Fees | Insurance | Trust Account | |
| 48474 | Maribeth Mae Hanson | Licensing Fees | Insurance | Trust Account | |
| 48764 | Michael Kingdon Claiborne | Licensing Fees | | | |
| 49473 | Benjamin Paul Tabor ESQ | Licensing Fees | Insurance | Trust Account | |
| 49894 | Kuyler Marie Marsh | Licensing Fees | Insurance | Trust Account | |
| 50364 | Randall C Floyd | Licensing Fees | Insurance | Trust Account | |
| 50775 | Jessica Diana Baxter | Licensing Fees | | | |
| 51032 | Justin Blake Yim | Licensing Fees | | | |
| 51535 | William Thomas Hansen | Licensing Fees | Insurance | Trust Account | |
| 51746 | Hyun Ji Lee | Licensing Fees | Insurance | Trust Account | MCLE |
| 51852 | Nicholas J Hyde ESQ | Licensing Fees | | | |
| 52284 | Mariesa Janaye Calderon McHenry | Licensing Fees | Insurance | Trust Account | MCLE |
| 52596 | Shannon R Barnaby | Licensing Fees | | | |

| License # | Name | Reason(s) | | | |
|---|---|---|---|---|---|
| 52624 | Alexander Mesikt Faymonville | Licensing Fees | Insurance | Trust Account | MCLE |
| 52711 | Nicole Young | Licensing Fees | Insurance | Trust Account | MCLE |
| 52799 | Matthew H McCoy | | Insurance | Trust Account | MCLE |
| 52816 | Tarik Polovina | Licensing Fees | Insurance | Trust Account | MCLE |
| 53021 | Patrick Tillisch | | | | MCLE |
| 53050 | Joseph Daniel Filloy | | Insurance | Trust Account | |
| 53120 | Isaac Cameron | Licensing Fees | Insurance | Trust Account | MCLE |
| 53398 | Stephen Curtis Robbins | | | Trust Account | |
| 53401 | Laura Elena Sierra | | | | MCLE |
| 53402 | Michael Johnson Songer | Licensing Fees | Insurance | Trust Account | MCLE |
| 53688 | John Patrick Bailey | Licensing Fees | Insurance | Trust Account | MCLE |
| 53744 | Clay Treese | Licensing Fees | | | MCLE |
| 53848 | Dwayne Marvin Green | Licensing Fees | Insurance | Trust Account | MCLE |
| 53947 | Grant Michael Freeman | Licensing Fees | Insurance | Trust Account | MCLE |
| 54091 | Emily Brooke Boutwell | Licensing Fees | Insurance | Trust Account | MCLE |
| 54242 | Andrew Richard Corwin | Licensing Fees | | | |

Page 12
ORDER
No. 202,064-0

| License # | Name | Reason(s) | | | |
|---|---|---|---|---|---|
| 54287 | Thaddeus Muething | | | | MCLE |
| 54332 | Mark Andrew Hooper | | | | MCLE |
| 54436 | Khoa Anh Vu | Licensing Fees | | | |
| 54481 | Candice Claire Decaire | | | | MCLE |
| 54533 | John Wesley Kilpatrick III | Licensing Fees | Insurance | Trust Account | |
| 54689 | Stephanie Marie Keels | Licensing Fees | | | |
| 54733 | Trevor John Davis | Licensing Fees | | | |
| 54975 | Rachel Hannah Weiner | Licensing Fees | Insurance | Trust Account | |
| 55860 | Shannon Olivia Steed | Licensing Fees | Insurance | Trust Account | |
| 56235 | Min Kang | Licensing Fees | Insurance | Trust Account | |
| 56469 | Melville Lee Petrosky JD | Licensing Fees | Insurance | Trust Account | |
| 56841 | Shelby Lynn Bowden | Licensing Fees | Insurance | Trust Account | |
| 57030 | Yujie Yang | Licensing Fees | Insurance | Trust Account | |
| 57087 | Stephen Andrew Chernow | Licensing Fees | Insurance | Trust Account | |
| 57482 | Alexandra Deneve | Licensing Fees | Insurance | Trust Account | |

Page 13
ORDER
No. 202,064-0

| License # | Name | Reason(s) | | | |
|---|---|---|---|---|---|
| 58010 | Nichole Pace | Licensing Fees | Insurance | Trust Account | |

The effective date of suspension is the date of this order.  The Washington State Bar Association is directed to notify each of the named lawyers of their suspension from the practice of law for failure to comply with 2022 licensing requirements.

DATED at Olympia, Washington this 5th day of May, 2022.

For the Court

González C.J.
CHIEF JUSTICE